*North Seymour, Sewall Key,* and *Norman D. Keller* for respondent.

No. 483. LOTHROP ET AL. *v.* ROBERTSON. December 5, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Samuel Herrick, James A. Carr,* and *Joseph J. Gravely* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Alexander Holtzoff,* and *Theodore A. Hostetler* for respondent.

No. 486. LAFONTAN *v.* AMERICAN IMPORT & EXPORT Co. ET AL. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Guerra Everett* for petitioner. *Mr. J. Kemp Bartlett* for respondents.

No. 487. BOASBERG *v.* UNITED STATES. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioner. *Solicitor General Thacher,* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 489. McMURRAY *v.* REYNOLDS. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. N. E. Corthell* and *A. W. McCullough* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *J.*